WINSTON LEE
ATTORNEY AT LAW
20 VESEY STREET ~ SUITE 400
NEW YORK, NEW YORK 10007
Tel. (212)267-1911
Fax. (212)964-2926



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/18
```

April 24, 2018

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York          Filed ECF
40 Foley Square
New York, New York 1007

    Re:    United States v. Jorge Cavesa Valencia
             15 Cr. 292 (PGG)

Dear Judge Gardephe:

    I write as counsel for defendant Jorge Cavesa Valencia, and with the consent of the Government, to request an adjournment of the sentencing, which is currently scheduled for May 8, 2018. This is the defendant's first request for an adjournment of sentencing.

    I have today received the pre-sentence report and documents from the Government in connection with the sentencing in this matter. I am also expecting additional documents from my client that are important to the Court's determination of the appropriate sentence in this matter. The requested adjournment will provide me with the time I need to prepare my sentencing submission, and review all of the aforementioned materials with my client in preparation for sentencing.

    I have conferred with Your Honor's Courtroom Deputy, and I understand that an adjournment of sentencing to the new date of June 1, 2018 at 10:00 a.m. would be convenient for the Court.

    Therefore, I respectfully request an adjournment of defendant's sentencing to a new date of June 1, 2018 at 10:00 a.m., and also that the dates for the parties' respective sentencing submissions be adjusted accordingly.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 1, 2018

Respectfully submitted,
/s/
_____
WINSTON LEE